1  Troy M. Yoshino, No. 197850
   Eric J. Knapp, No. 214352
2  Aengus H. Carr, No. 240953
   **CARROLL, BURDICK & McDONOUGH** LLP
3  Attorneys at Law
   44 Montgomery Street, Suite 400
4  San Francisco, CA  94104
   Telephone:    415.989.5900
5  Facsimile:    415.989.0932
   Email:        tyoshino@cbmlaw.com
6                eknapp@cbmlaw.com
                 acarr@cbmlaw.com
7
   Attorneys for Defendant
8  BMW of North America, LLC

9                  UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                        OAKLAND DIVISION

12 | MONITA SHARMA and ERIC | No. CV-13-2274 (MEJ) |
   | ANDERSON, on behalf of themselves | |
13 | and all others similarly situated, | **DECLINATION TO PROCEED BEFORE A** |
   | | **MAGISTRATE JUDGE AND REQUEST FOR** |
14 | Plaintiffs, | **REASSIGNMENT TO A UNITED STATES** |
   | | **DISTRICT JUDGE** |
15 | v. | |
   | | Judge:  Hon. Maria-Elena James, |
16 | BMW of NORTH AMERICA, LLC, a | Courtroom B |
   | Delaware Limited Liability Company, | |
17 | | Complaint Filed:  May 17, 2013 |
   | Defendant. | |
18

19       The undersigned party hereby declines to consent to the assignment of this

20  case to a United States Magistrate Judge for trial and disposition and hereby requests

21  the reassignment of this case to a United States District Judge.

22

23       Dated:  June 3, 2013        Respectfully submitted,

24                                   CARROLL, BURDICK & McDONOUGH LLP

25

26                                   By _____/s/ *Aengus H. Carr*_____
                                            AENGUS H. CARR
27                                   Attorneys for Defendant
                                     BMW of North America, LLC
28

CBM-PRODUCTS\SF590430

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**                **CV-13-2274 (MEJ)**