IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONITA SHARMA, et al., | No. C-13-2274 MMC |
| Plaintiffs, | **ORDER DIRECTING PLAINTIFFS TO SUBMIT CHAMBERS COPY OF COMPLAINT** |
| v. | |
| BMW OF NORTH AMERICA LLC, | |
| Defendant. | |

On June 4, 2013, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the instant matter, the Court hereby DIRECTS plaintiffs to submit forthwith a chambers copy of the complaint, filed May 17, 2013.

**IT IS SO ORDERED.**

Dated: June 12, 2013

MAXINE M. CHESNEY
United States District Judge