1  Troy M. Yoshino, No. 197850
   Eric J. Knapp, No. 214352
2  Aengus H. Carr, No. 240953
   **CARROLL, BURDICK & McDONOUGH** LLP
3  Attorneys at Law
   44 Montgomery Street, Suite 400
4  San Francisco, CA  94104
   Telephone:       415.989.5900
5  Facsimile:        415.989.0932
   Email:             tyoshino@cbmlaw.com
6                      eknapp@cbmlaw.com
                       acarr@cbmlaw.com
7
   Attorneys for Defendant
8  BMW of North America, LLC

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12  MONITA SHARMA and ERIC                  No. CV-13-2274 (MMC)
    ANDERSON, on behalf of themselves and
13  all others similarly situated,          **[PROPOSED]** O<small>RDER ON</small> S<small>TIPULATION ON</small>
                                            D<small>EFENDANT'S</small> R<small>ESPONSE TO</small> F<small>IRST</small> A<small>MENDED</small>
14                  Plaintiffs,             C<small>OMPLAINT AND</small> R<small>EQUEST TO</small> C<small>ONTINUE</small>
                                            I<small>NITIAL</small> C<small>ASE</small> M<small>ANAGEMENT</small> C<small>ONFERENCE</small>
15          v.

16  BMW of NORTH AMERICA, LLC, a
    Delaware Limited Liability Company,
17
                    Defendant.
18

19

20

21

22

23

24

25

26

27

28

CBM-PRODUCTS\SF597306

**[PROPOSED] ORDER ON STIP. TO EXT. TIME CMC DATE**                    **NO. CV-13-2274 (MMC)**

# ORDER

For good cause shown, the Court hereby enters the parties Stipulation on Defendant's Response to First Amended Complaint and Request to Continue Initial Case Management Conference as the Order of the Court. The schedule in this case is hereby modified as follows:

   a. The schedule for BMW of North America LLC's ("BMW NA") response to the First Amended Complaint ("FAC"), and any motion briefing flowing from it, shall be:

- BMW NA's deadline to respond to the FAC is August 29, 2013;
- Plaintiffs' opposition to any motion is due September 27, 2013; and
- BMW NA will file any reply by October 11, 2013.

   b. The initial case management conference in this matter currently set for Friday, August 23, ~~2016,~~ 2013 at 10:30 a.m. is hereby continued to January 10, 2014 at 10:30 a.m.

**IT IS SO ORDERED**
IT IS FURTHER ORDERED that BMW NA's motion to dismiss the initial complaint and motion to strike are denied as moot, in light of the filing of the FAC.

Dated: August 7, 2013

By: _____
HONORABLE MAXINE M. CHESNEY