IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONITA SHARMA, et al., | No. C-13-2274 MMC |
| Plaintiffs, | **ORDER DENYING AGREED ADMINISTRATIVE MOTION TO EXCEED PAGE LIMITS; EXTENDING BRIEFING SCHEDULE ON DEFENDANTS' MOTIONS TO DISMISS AND TO STRIKE** |
| v. | |
| BWM OF NORTH AMERICA, LLC,, | |
| Defendant. / | |

Before the Court is the parties' "Agreed Administrative Motion, Stipulation and [Proposed] Order," filed September 24, 2013, "to Exceed Page Limits for Oppositions and Replies on BWM of North America, LLC's Motions to Dismiss and Strike Set for Hearing on November 1, 2013." Having read and considered the parties' administrative motion, the Court rules as follows.

As set forth in the administrative motion, defendant has filed a motion to dismiss and a motion to strike. The motion to dismiss is twenty pages in length, and the motion to strike is sixteen pages in length. In their pending administrative motion, the parties seek leave for plaintiffs to file a thirty-page opposition to each motion, and for defendant to file a twenty-page reply to each opposition. The parties fail, however, to identify any good cause for exceeding the pages limits set forth in the Local Rules of this District, see Civil L.R. 7-3, and no such cause is evident from the face of defendant's motions.

Accordingly, the administrative motion is hereby DENIED, and the parties are DIRECTED to comply with the page limits set forth in Civil Local Rule 7-3.

Finally, because plaintiffs may have relied on the stipulation in preparing their opposition, the Court hereby EXTENDS the deadline for plaintiffs to file their opposition briefs from September 27, 2013 to October 1, 2013, and EXTENDS the deadline for defendant to file their replies from October 11, 2013 to October 15, 2013.

**IT IS SO ORDERED.**

Dated: September 26, 2013

MAXINE M. CHESNEY
United States District Judge