IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MONITA SHARMA, et al.,

    Plaintiffs,

  v.

BMW OF NORTH AMERICA, LLC,

    Defendant.

No. C-13-2274 MMC

**ORDER VACATING HEARING ON DEFENDANT'S MOTION TO DISMISS AND MOTION TO STRIKE**

Before the Court are two motions, both filed August 29, 2013, by defendant BMW of North America, LLC: (1) "Motion to Dismiss for Lack of Standing and Failure to State a Claim"; and (2) "Motion to Strike Class Allegations." Plaintiffs Monita Sharma and Eric Anderson have filed opposition, to which defendant has replied. Having read and considered the papers filed in support of and in opposition to the motions, the Court deems the matters suitable for determination on the parties' respective written submissions, and VACATES the hearing scheduled for November 15, 2013.

**IT IS SO ORDERED.**

Dated: November 12, 2013

MAXINE M. CHESNEY
United States District Judge