IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONITA SHARMA and ERIC ANDERSON, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br>　v.<br><br>BMW OF NORTH AMERICA, LLC,,<br><br>　　　　Defendant. | No. C 13-2274 MMC<br><br>**ORDER DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS AND MOTION TO STRIKE CLASS ACTION ALLEGATIONS** |

　　　Before the Court are two motions, filed August 29, 2013, by defendant BMW of North America, LLC ("BMW"): (1) "Motion to Dismiss for Lack of Standing and Failure to State a Claim"; and (2) "Motion to Strike Class Allegations." On February 28, 2014, plaintiffs, with leave of court, filed a Second Amended Complaint.

　　　"[A]n amended pleading supersedes the original, the latter being treated thereafter as non-existent." Bullen v. De Bretteville, 239 F.2d 824, 833 (9th Cir. 1956), cert. denied, 353 U.S. 947 (1957).

　　　Accordingly, defendant's motions are hereby DENIED as moot.

　　　**IT IS SO ORDERED.**

Dated:  March 4, 2014


MAXINE M. CHESNEY
United States District Judge