IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONITA SHARMA, et al., | No. C-13-2274 MMC |
| Plaintiffs, | **ORDER VACATING HEARING ON DEFENDANT'S MOTION TO DISMISS AND MOTION TO STRIKE CLASS ALLEGATIONS** |
| v. | |
| BWM OF NORTH AMERICA, LLC,, | |
| Defendant. / | |

Before the Court are two motions, filed March 17, 2014, by defendant BMW of North America, LLC ("BWM"): (1) "Motion to Dismiss for Lack of Standing and Failure to State a Claim"; and (2) "Motion to Strike Class Allegations." Plaintiffs Monita Sharma ("Sharma") and Eric Anderson ("Anderson") have filed opposition to each motion; BMW has filed replies to each opposition. Having read and considered the papers filed in support of and in opposition to the motions, the Court deems the matters appropriate for determination on the parties' respective written submissions, and VACATES the hearing scheduled for May 2, 2014.

**IT IS SO ORDERED.**

Dated: April 29, 2014

MAXINE M. CHESNEY
United States District Judge