United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONITA SHARMA, et al., | No. C-13-2274 MMC |
| Plaintiffs, | **ORDER VACATING HEARING ON DEFENDANT'S MOTION TO DISMISS AND ON DEFENDANT'S MOTION TO STRIKE CLASS ALLEGATIONS** |
| v. | |
| BMW OF NORTH AMERICA, LLC,, | |
| Defendant. / | |

Before the Court are two motions, filed August 25, 2014, by defendant BMW of North America, LLC: (1) "Motion to Dismiss for Failure to State a Claim"; and (2) "Motion to Strike Class Allegations." Plaintiffs Monita Sharma and Eric Anderson have filed opposition, to which BMW has replied. Having read and considered the papers filed in support of and in opposition to the motions, the Court deems the matters suitable for decision on the parties' respective written submissions, and VACATES the hearing scheduled for October 24, 2014.

**IT IS SO ORDERED.**

Dated: October 21, 2014

MAXINE M. CHESNEY
United States District Judge