IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONITA SHARMA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC.,<br><br>    Defendant. | No. C 13-2274 MMC<br><br>**ORDER REFERRING TO MAGISTRATE JUDGE PLAINTIFFS' MOTION TO COMPEL AND MOTION TO SEAL; VACATING HEARING** |

Pursuant to Civil Local Rule 72-1, plaintiffs' Motion to Compel Production of Documents, filed November 20, 2015, plaintiffs' Administrative Motion to Seal Documents and Testimony, filed November 2015, and all further discovery matters, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

After the parties have met and conferred, see Civil L.R. 37-1, the parties shall prepare a joint letter of not more than 8 pages explaining the dispute; up to 12 pages of attachments may be added.  The joint letter must be electronically filed under the Civil Events category of "Motions and Related Filings > Motions - General > Discovery Letter Brief."  The Magistrate Judge to whom the matter is assigned will advise the parties as to how that Magistrate Judge intends to proceed.  The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing.

The parties will be advised of the date, time and place of the next appearance, if any, by notice from the assigned Magistrate Judge's chambers.

The January 8, 2016, hearing before the undersigned is hereby VACATED.

**IT IS SO ORDERED**.

Dated: November 24, 2015

_____
MAXINE M. CHESNEY
United States District Judge