UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MONITA SHARMA, et al.,

    Plaintiffs,

v.

BMW OF NORTH AMERICA LLC,

    Defendant.

Case No. 13-cv-02274-MMC (KAW)

**ORDER TERMINATING DISCOVERY LETTER BRIEFS**

Re: Dkt. Nos. 110, 111, 113

The parties to the above-captioned case filed three joint discovery letter briefs on December 16 and 17. The joint letters, however, do not conform to the Court's General Standing Order, available at http://www.cand.uscourts.gov/kaworders. Specifically, the parties have each failed to propose a compromise in their filings, which is required. *See* Judge Westmore's General Standing Order ¶ 13(c) ("With respect to each issue relating to the unresolved dispute, a detailed summary of each party's final substantive position and their final proposed compromise on each issue, including relevant legal authority."). Plaintiffs reiterating their view that the requested discovery should be granted is not a proposed compromise; nor are Defendants' assertions that the requested discovery should be denied.

Accordingly, the parties' joint letters are terminated, and the parties are ordered to further meet and confer to resolve their discovery disputes without further judicial intervention. If, however, the parties' meet and confer efforts are unsuccessful, each side shall at least arrive at a proposed compromise during the meet and confer process, which shall be included in any joint letter filed with the Court.

///

///

Additionally, the Court notes that fact discovery closed in this case on December 18, 2015, and the parties will have to seek leave from that deadline from the presiding judge if additional discovery is necessary.

IT IS SO ORDERED.

Dated: 01/12/2016

_____
KANDIS A. WESTMORE
United States Magistrate Judge