UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONITA SHARMA, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>BMW OF NORTH AMERICA LLC,<br><br>　　　　Defendant. | Case No. 13-cv-02274-MMC (KAW)<br><br>**ORDER DENYING WITHOUT PREJUDICE STIPULATED ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Re: Dkt. No. 112 |

The parties to the above-captioned case have filed a stipulated motion to file documents under seal. They seek to file certain portions of a joint letter under seal and two accompanying exhibits under seal in their entirety. The stipulated motion is DENIED WITHOUT PREJUDICE because it is not "narrowly tailored to seek sealing only of sealable material." *See* Civil L.R. 79-5(b). For example, exhibits C and D are deposition transcript excerpts, and the parties have not established why the transcript excerpts should be filed under seal in their entirety.

IT IS SO ORDERED.

Dated: 01/12/2016

_____
KANDIS A. WESTMORE
United States Magistrate Judge