**EXHIBIT E**

```
 1                 UNITED STATES DISTRICT COURT

 2               NORTHERN DISTRICT OF CALIFORNIA

 3                   SAN FRANCISCO DIVISION

 4

 5   MONITA SHARMA and ERIC ANDERSON
     on behalf of themselves and all
 6   others similarly situated,

 7           Plaintiffs,
                                        Case No.:
 8   vs.                                3:13-cv-02274-MMC

 9   BMW OF NORTH AMERICA, LLC, a
     Delaware Limited Liability Company,
10
             Defendants.
11   _____

12


13


14       VIDEOTAPED DEPOSITION OF JOHNNY THOMAS

15           Thursday, November 19, 2015

16                    10:17 a.m.

17


18                 401 Watt Avenue

19               Sacramento, California

20


21


22


23   REPORTED BY:

24   Kimberly A. Barrette

25   CSR No. 6671
```

```
 1   APPEARANCES:

 2

 3            For Plaintiffs:

 4

 5              LAW OFFICE OF ROBERT L. STARR
                ROBERT L. STARR, ESQ.
 6              23277 Ventura Boulevard
                Woodland Hills, California  91364
 7              818.924.3103
                robert@starrlawmail.com
 8

 9              KERSHAW COOK & TALLEY
                IAN J. BARLOW, ESQ.
10              401 Watt Avenue
                Sacramento, California  94864
11              916.448.9800
                ian@kctlegal.com
12

13

14

15            For Defendants:

16

17              CARROLL BURDICK & MCDONOUGH
                AENGUS H. CARR, ESQ.
18              44 Montgomery Street, Suite 400
                San Francisco, California  94104
19              415.989.0932
                acarr@cbmlaw.com
20

21

22         Also present:

23            Andy Lo, Videographer

24            Darren Dickman, Kershaw Cook & Talley

25
```

```
 1   regard to ESI related to above topics, correct?
 2           MR. CARR:  That's not correct.  He's here --
 3   he can talk about anything that we've produced, any
 4   technical question you have about that stuff.
 5           In terms of -- you know, that would be a
 6   person who could discuss how, you know, BMW's warranty
 7   operations are structured or how the customer relations
 8   department uses their database.  He's not that person.
 9           He can answer any technical questions you have
10   about a complaint made to customer service for -- in the
11   warranty or good will stuff we produced.
12           MR. STARR:  Well, in Eric's e-mail, he said in
13   follow-up to our meet and confer call and per Plaintiff's
14   revised proposed list of categories, BMW NA agrees to
15   produce additional PMKs on the following topics and one
16   of them he just says ESI.
17           MR. CARR:  Yeah, that's -- yes, he will be
18   that, but it's not this witness.
19           MR. STARR:  I understand.  Okay.  Fair enough.
20           BY MR. STARR:  Q.  What have you done in order
21   to familiarize yourself with regard to the topics that
22   you're going to testify to today?
23           A.  I did a lot of technical research concerning
24   the control modules in the vehicles that are listed,
25   researched the location of those control modules, the bus
```

1    structures of those control modules, refamiliarized
2    myself with the bus structure, with the different wiring
3    diagrams, component locations.
4           Reviewed some -- spoke with a lot of product
5    engineers with BMW concerning the allegations that are
6    made.
7         Q.    Hang on.  Sorry.
8         A.    And reviewed some documents that counsel has
9    provided concerning those claims that you were
10   mentioning.
11          MR. CARR:  For the record, those are the
12   documents produced in this matter.
13          BY MR. STARR:  Q.  Okay.  As a result of doing
14   things you've just described, have you become aware of
15   information that you didn't have previously during your
16   prior deposition?
17        A.    No.  There's some things that I was unsure of
18   like component locations that I suspected -- I didn't
19   know if they were either in location A or location B, so
20   some of those things have become more clear.  But
21   overall, anything new, no.
22        Q.    So basically the same information you had when
23   you sat for that deposition is the same as the
24   information you have now, correct?
25        A.    Yes, sir.

```
1        A.   No, sir.
2        Q.   Is there any type of resource that BMW has in
3   order to, you know, internally look at the different
4   configurations so that you -- like would you have been
5   able to do that if you wanted to?
6        A.   Yes, sir.
7        Q.   And where would that information be
8   maintained?
9        A.   We use our diagnostic equipment that -- it's
10  called ISTA.  It's the same resource that dealers have to
11  repair the vehicles.
12       Q.   How long did the conversation you have with
13  Tom take?
14       A.   Three hours.  Three and a half hours.
15       Q.   And during that conversation you didn't take
16  any notes at all?
17       A.   No, sir.
18       Q.   Why not?
19       A.   Because I remembered.
20       Q.   Do you still remember it?
21       A.   Right now.  So make it quick before it goes
22  away.
23       Q.   Is the information that Tom gave you, does it
24  go beyond the information that's contained in ISTA?
25       A.   No, sir.
```

```
 1        Q.   So the same information that Tom gave you is
 2   available through ISTA, correct?
 3        A.   Through ISTA, correct.
 4        Q.   And if you wanted to access ISTA and print
 5   that information out, you'd be able to do that, correct?
 6        A.   Correct.  And I would like to add one thing.
 7   We use our parts catalog as well.
 8        Q.   You used it with Tom?
 9        A.   Yes, sir.  We viewed it.
10        Q.   And did you have that parts catalog in front
11   of you when you spoke to Tom?
12        A.   Yes, sir.
13        Q.   But you didn't make any notes, correct?
14        A.   No, sir.  That's correct.
15        Q.   Okay.
16        A.   And I just remembered something else.  Our
17   training manuals.  We used ISTA.  We used our parts
18   catalog and BMW training manuals.
19        Q.   And ISTA contains the different configurations
20   for each of the class vehicles, correct?
21        A.   When you say configurations, what do you mean?
22             MR. CARR:  Right.  Object to form.
23             BY MR. STARR:  Q.  Well, the configurations of
24   electronic control modules that are in the luggage area
25   of the class vehicles?
```

```
 1        A.   They can, yes.
 2        Q.   What do you mean by they can?
 3        A.   Well, it's just -- you know, you'll have --
 4   you'll have a diagram that's associated to a car,
 5   specific car.
 6        Q.   Right.
 7        A.   And the diagram should be linked depending on
 8   what car that you selected.
 9             So hopefully the document is assigned to the
10   right car, you know, because it's just a big database and
11   all the links are connected by imperfect humans who make
12   mistakes.
13        Q.   Sure.
14        A.   So that's why I say it can.
15        Q.   And if a person were to want to access ISTA
16   and, say, I want to see the diagram for the different
17   configurations of, for example, like a 2002 X5, you could
18   access ISTA and print that out on a piece of paper,
19   correct?
20        A.   If you gave me specific information on the
21   vehicle or the VIN and you tell me what system you wanted
22   to look up, I could look that up.
23             So if we wanted to find out where is the
24   powers and the grounds going to a particular control
25   module or sensor, you have access to that.
```

1  STATE OF CALIFORNIA    )
                          )
2  COUNTY OF SACRAMENTO   )

3

4          I, Kimberly A. Barrette, a Certified Shorthand

5  Reporter, do hereby certify:

6          That prior to being examined, the witness in

7  the foregoing proceedings was by me duly sworn to testify

8  to the truth, the whole truth, and nothing but the truth;

9          That said proceedings were taken before me at

10 the time and place therein set forth and were taken down

11 by me in shorthand and thereafter transcribed into

12 typewriting under my direction and supervision;

13         I further certify that I am neither counsel

14 for, nor related to, any party to said proceedings, nor

15 in any way interested in the outcome thereof.

16         In witness whereof, I have hereunto subscribed

17 my name.

18

19 Dated:   December 4, 2015

20  *[signature: Kimberly A. Barrette]*

21 _____

22 Kimberly A. Barrette
   CSR No. 6671

23

24

25