# EXHIBIT F

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CASE NO. 3:13-cv-02274-MMC


----------------------------x


MONITA SHARMA and ERIC

ANDERSON, on behalf of

themselves and all others

similarly situated,

              Plaintiffs,

     v.

BMW OF NORTH AMERICA, LLC  a

Delaware Limited Liability

Company,

             Defendants.

_____x



August 6, 2015


10:33 a.m.

CONFIDENTIAL


TRANSCRIPT OF TESTIMONY OF CHABHINATH

RAMKISSOON as taken by and before LINDA M. SCHAAL, a

Certified Court Reporter, and Notary Public of the

State of New Jersey, at the offices of BRESSLER, &

ROSS, P.C., 325 Columbia Turnpike, Florham Park, New

Jersey, on Thursday, August 6, 2015.

```
 1   A P P E A R A N C E S:

 2

 3          THE LAW OFFICE OF ROBERT L. STARR
            Attorneys for the Plaintiff and the Class
 4          23277 Ventura Boulevard
            Woodland Hills, California  91364
 5          BY:  ROBERT L. STARR, ESQ.
            robert@starrlawmail.com
 6

 7          WEXLER WALLACE, LLP
            Attorneys for the Plaintiff and the Class
 8          BY:  AMY E. KELLER, ESQ.
            55 West Monroe Street
 9          Suite 3300
            Chicago, Illinois  60603
10          aek@wexlerwallace.com
11

            CARROLL, BURDICK & McDONOUGH, LLP
12          BY:  AENGUS H. CARR, ESQ.
            44 Montgomery Street
13          Suite 400
            San Francisco, California  94104-4606
14          acarr@cbmlaw.com
15
16
17
18
19
20
21
22
23
24
25
```

1    them and provide recommendations or make any type of

2    decisions with regard to what should happen relating

3    to their concerns?

4         A.       No.

5         Q.       Who would make those decisions?

6         A.       Those were presented to the Technical

7    Services Group or whoever the issue may -- the group

8    -- I mean the complaint, the specific area.

9         Q.       Would those be handled only through

10   the Technical Services Group, the complaints?

11        A.       Yes.

12        Q.       There was nobody else who would

13   handle the evaluation of the concerns?

14        A.       Well, the region as well, the market

15   team of the region.

16        Q.       But as far as the technical analysis

17   of the consumer complaints, was the market team

18   involved in that or was it primarily the Technical

19   Services Group?

20        A.       Primarily the Technical Services

21   Group.

22        Q.       What was the market teams interaction

23   with that, if you know?

24        A.       I'm not sure.

25        Q.       Okay.  What did you do prior to being

1  customer relations representative?

2          A.        I worked for a short time as a PuMA

3  specialist.

4          Q.        What were your job duties as a PuMA

5  specialist?

6          A.        To review PuMA cases as they were

7  submitted by the dealership.

8          Q.        Can you define what a PuMA specialist

9  is?  I know it's a German acronym.  Do you know what

10 it stands for?

11         A.        No.

12         Q.        Nobody does.

13         A.        I don't know.  I remember someone

14 telling me once but it was immediately deleted from

15 my brain.

16         Q.        What is your understanding of what a

17 PuMA specialist is, though?

18         A.        My understanding of a PuMA specialist

19 is someone that reviews the PuMA cases to read the

20 information that's presented by the technician in

21 the case and they also look at the FASTA data.  They

22 will provide feedback to the technician on how to go

23 about resolving the customer issue.

24         Q.        Could you explain for us exactly what

25 causes a customer concern to become a PuMA case?

1      A.      It's possibly --

2      Q.      Let me ask you this way; this might

3  be easier.

4              What is the anatomy of a PuMA case?

5  Do you understand what I mean by that?  How does a

6  PuMA case get created?

7      A.      A PuMA case is submitted when the

8  dealer is looking for assistance in resolving the

9  issue that the customer has with the vehicle.

10      Q.      Are there certain things that

11  automatically become PuMA cases like high value part

12  replacements, things like that?

13      A.      No.

14      Q.      Is there any criteria by which a

15  dealership is required to open a PuMA case that

16  you're aware of?

17      A.      I would say if we are looking for

18  feedback on a particular issue that the customer has

19  to try to gather data for investigation.

20      Q.      What do you mean by that?

21      A.      Just a matter of collecting data so

22  it can be submitted in a PuMA report for further

23  investigation.

24      Q.      Are dealerships told look, if a car

25  comes in with this type of problem, you

1   question in a more broad fashion and go beyond the

2   PuMA specialist.  During anytime while you've been

3   working for BMW have you ever had any communication

4   with anybody at BMW AG?

5        A.      Yes.

6        Q.      How many times have you had

7   communications with BMW AG?

8        A.      I couldn't say.  I don't keep track.

9        Q.      Do you have any estimate?

10       A.      Pretty frequent I would say.

11       Q.      What would be the reasons that you

12   would have contact with people at BMW AG?

13               MR. CARR: Just generally it's a

14   little vague as to time and communications.

15       Q.      At any time regarding any

16   communications?

17       A.      It's now as a senior product engineer

18   relating to if I were to submit a PuMA report to AG.

19       Q.      Now in your capacity as a senior

20   product engineer you could submit PuMA cases to BMW

21   AG?

22       A.      PuMA reports, yes.

23       Q.      I'm sorry.

24               Why would you submit a PuMA report to

25   BMW AG?

1      A.      For further analysis if I were to
2  think there is a growing trend of a particular
3  failure in a vehicle.
4      Q.      So in those instances would you be
5  seeking technical assistance from BMW AG?
6      A.      I would say yes.
7      Q.      Why would you seek it from them?
8      A.      They are the engineers and the
9  developers so they are the ones that know the
10  system.
11      Q.      They are the ones that designed it,
12  correct?
13      A.      Correct.
14      Q.      How did you know that you could
15  contact them in order to ask them for assistance?
16      A.      That's a procedure, a process of
17  technical service.
18      Q.      When you say it's a procedure or
19  process, what do you mean by that?
20      A.      It's a function of the job.
21      Q.      What do you mean by that?  Is there
22  basically like a workflow where it's like okay, if
23  you have a PuMA case or a PuMA report and you're
24  trying to get some additional resources, you know,
25  have you been trained as part of being able to seek

1   additional assistance that you're allowed to contact

2   BMW AG?

3        A.       Just to clarify, we're talking the

4   PuMA report is submitted to BMW AG at this point is

5   that what you're asking.

6        Q.       Submitted by you, right?

7        A.       Yes.

8        Q.       Let's talk about that workflow.  So

9   as a senior product engineer you also create PuMA

10  reports, correct?

11       A.       Correct.

12       Q.       When you create PuMA reports, are you

13  basically -- what would cause you to create a PuMA

14  report?

15       A.       If I were to receive various numbers

16  of PuMA cases on the same complaint.

17       Q.       Okay.  So if you receive numerous

18  PuMA cases, you're seeing a trend, a particular

19  problem that seems to be recurring?

20       A.       Correct.

21       Q.       As a result of that what have you

22  been trained to do or instructed to do if something

23  like that occurs?

24       A.       To submit the PuMA report to BMW AG.

25       Q.       How do you know that's what you're

```
 1    supposed to do?
 2         A.       That's what I was told.
 3         Q.       That's what you were trained to do,
 4    correct?
 5         A.       Right.
 6         Q.       Who trained you to do that?
 7         A.       Managers.
 8         Q.       Were there any written instructions
 9    that you reviewed which talked to you about creating
10    PuMA reports and submitting them to BMW AG?
11         A.       No.
12         Q.       It was just training that you
13    received from managers, correct?
14         A.       Yes.
15         Q.       Did you receive that training from
16    more than one manager?
17         A.       My section manager.
18         Q.       What is that person's name?
19         A.       That person's name is Paul Labrie.
20         Q.       Basically if I'm understanding you
21    correctly, what you were trained to do is if you get
22    a bunch of PuMA cases on a particular issue, you've
23    been trained by this gentleman that you've
24    identified to create a PuMA report and submit it to
25    BMW AG, correct?
```

```
 1          A.          Correct.

 2          Q.          Other than submitting the PuMA report

 3     to BMW AG are you supposed to do anything else with

 4     the PuMA report?

 5          A.          Monitor for updates from BMW AG.

 6          Q.          What process do you use to create a

 7     PuMA report?  What do you do?

 8          A.          Basically we review the PuMA cases

 9     and summarize the information that's entered into

10     various PuMA cases on the same issue.

11          Q.          Then what do you do once you've done

12     that?

13          A.          That's written in the form of the

14     report that you submit in the PuMA system back to

15     AG.

16          Q.          So the PuMA system is a platform that

17     you share with the dealerships, correct?

18          A.          Correct.

19          Q.          You also share that platform with BMW

20     AG, correct?

21                      MR. CARR:  I'm going to object.

22     Share is ambiguous and vague.

23          Q.          What I mean by that is they have

24     access to -- is this all done on like an internal

25     network?
```

1      A.      Yes, I would say so.

2      Q.      What is the name of that network?

3      A.      I know it as BMW network.

4      Q.      BMW network?

5      A.      Yes.

6      Q.      That network is accessible to BMW AG,

7   correct?

8      A.      Correct.

9              MR. CARR: I'm just going to

10   interpose here and remind the witness to answer

11   factually if you know.  If you don't know, don't

12   guess.

13             THE WITNESS: Okay.

14      Q.      When you submit the BMW reports,

15   explain to me how that happens?  What do you do?

16   You summarize the data and then you create the

17   report and then you submit it, right?

18      A.      Correct.

19      Q.      How do you submit it?  Do you email

20   it to somebody or you just enter a bunch of

21   information into a database and that automatically

22   gets sent to BMW AG?

23      A.      It's entered in the PuMA system as a

24   report.

25      Q.      It's entered into the PuMA system as

1    out -- I do have a point to it.

2         Q.        So is it a computer that is a closed

3    system that you're only supposed to do work related

4    tasks on?

5                   MR. CARR: Objection; vague and

6    ambiguous.  You can answer factually if you know.

7         A.        I'm not sure.

8         Q.        You're not sure.

9                   MR. CARR: Frankly, the IT framework

10   of BMW NA is not a deposition topic.

11        Q.        So you enter the PuMA information in,

12   correct?

13        A.        Correct.

14        Q.        Do you know who receives it?

15        A.        It goes back to a group --

16   counterpart in Munich.

17        Q.        A counterpart in Munich?

18        A.        Yes.

19        Q.        Do you know what that group is

20   called?

21        A.        It's a designation, BP-41.

22        Q.        PP-41?

23        A.        BP-41.

24        Q.        Is it PP or BP?

25        A.        B as in boy, P as in Peter.

1    Q.    Tell me one more time just with the
2  Peter Boy?
3    A.    BP-41.
4    Q.    So when you enter the PuMA data in it
5  goes to BP-41, correct?
6    A.    Correct.
7    Q.    The people at BP-41, do you know if
8  those people work for BMW AG?
9    A.    I'm not sure.
10    Q.    But they are located in Germany,
11  correct?
12    A.    Correct.
13    Q.    How do you know it goes to that
14  group?
15    A.    That's the group I interact with.
16    Q.    Do you have like a phone list for
17  people you can call over there?
18          MR. CARR: Objection; ambiguous.
19    A.    No.
20    Q.    If you wanted to call somebody at
21  BP-41, how would you do that?
22    A.    I have to look them up in the system.
23    Q.    How would you know who to look up?
24    A.    It's based on the person that's
25  accepted the report.

```
 1        Q.        So -- you said those are the people
 2   you interact with.  What is the scope of the
 3   interaction you have with those people?
 4        A.        Just communication on the topic the
 5   report is written on.
 6        Q.        But do you do that only in email
 7   format or electronically or do you ever talk to them
 8   on the phone?
 9        A.        Via the PuMA report?
10        Q.        So other than the PuMA report, is
11   there any other way to interact with them?
12        A.        Email.
13        Q.        Other than the PuMA report and email,
14   is there any other way to interact with them?
15        A.        It's rare, but by telephone.
16        Q.        How many people at BP-41 have you
17   emailed in the past?
18        A.        I don't know.
19        Q.        Do you have any estimate?
20        A.        Probably three guys, personnel.
21        Q.        Do you recall their names?
22        A.        No, I don't know their names.
23        Q.        Do you recall any of their names?
24                  MR. CARR: Objection; asked and
25   answered.
```

```
 1      A.      No, I can't.

 2      Q.      Do you recall any of their first

 3   names?

 4              MR. CARR: Objection; asked and

 5   answered.

 6      A.      No.

 7      Q.      Are their email addresses the same --

 8   what's your email address?

 9      A.      Lul.Ramkissoon@BMWNA.com.

10      Q.      Do you recall if their email

11   addresses are whatever their names are @BMWNA.com or

12   is it dot AG or something else?

13      A.      Something else.  It's not AG.

14      Q.      Is it BMW something?

15      A.      Yes.

16      Q.      So it's BMW something, but it's not

17   AG?

18      A.      Correct.

19      Q.      Is it BMW NA?

20      A.      No.

21      Q.      So other than the people at BP-41, do

22   you deal with anybody else outside of BMW NA with

23   regard to the PuMA reports you do?

24      A.      No.

25      Q.      When you submit the PuMA reports,
```

1    what do you typically get back in response?

2            A.        The status update, the progression of

3    how the investigation is going.

4            Q.        Anything else?

5            A.        Sometimes a request for the

6    information from the dealers.

7            Q.        Anything else?

8            A.        That's it.

9            Q.        Do they ever give you an answer like

10   okay, thanks for the PuMA report, we figured out how

11   to fix the problem, this is what you're supposed to

12   do?

13                     MR. CARR:  Objection; asked and

14   answered.

15           A.        In some cases.

16           Q.        In cases where they don't provide you

17   with a solution, what do they do?

18                     MR. CARR:  Objection; ambiguous.  You

19   can answer, if you know factually.

20           A.        They may give us additional steps to

21   try to fix the car.

22           Q.        That would be a solution, wouldn't

23   it?  Let me ask it to you this way.  In some cases

24   they provide you with a recommendation.  Let's not

25   call it a solution.  You provide them with a

1    problem, we're experiencing this problem, it has

2    been happening frequently and then in some cases in

3    response they give you a recommendation, correct?

4         A.       Correct.

5         Q.       Are there any instances that you're

6    aware of where they don't give you a recommendation?

7         A.       Yes.

8         Q.       Do they say anything to you other

9    than not giving you a recommendation?

10                 MR. CARR: Objection; ambiguous.

11        A.       No.

12        Q.       Sometimes you're just giving them

13   information like hey, we're seeing a number of these

14   vehicles are failing in this particular way and so

15   you're just giving them data, correct?

16        A.       Yes.

17        Q.       They are not really going to give you

18   anything in response, they're just gathering that

19   data, correct?

20        A.       Yes.

21        Q.       Do you know why you're supposed to

22   provide them with that data?

23                 MR. CARR: Objection; asked and

24   answered.  Calls for speculation.

25        A.       I'm not sure.

1    as to, you know, what to tell customers if a certain

2    problem happens?  Can you think of anything like

3    that?

4         A.       No.

5         Q.       What types of recommendations do they

6    give you?

7         A.       For example, in the Sharma case to

8    check the seals in the car, in the sunroof, to check

9    the sunroof drains.

10        Q.       So they provide you technical

11   assistance, correct?

12        A.       Yes.

13        Q.       In your interaction with BP-41, has

14   anybody ever told you there are certain things you

15   can't ask them?

16                 MR. CARR:  Objection; vague and

17   ambiguous.

18        A.       Not that I know of.

19        Q.       So basically if you have numerous

20   PuMA cases that are coming in and then you submit a

21   PuMA report in order to seek the assistance from

22   BP-41, to your knowledge there is no restraint on

23   the degree of questions you can ask them or

24   information you can provide them, correct?

25                 MR. CARR:  Objection; calls for

1    speculation.    You can answer factually, if you know.

2         A.         I don't know.

3         Q.         No restrictions you're aware of,

4    correct?

5                    MR. CARR:  The same objection.

6         A.         Yeah, not that I'm aware of.

7         Q.         It sounds like BP-41 has a pretty

8    extensive degree of technical knowledge regarding

9    the vehicles, correct?

10                    MR. CARR: Calls for speculation.

11        A.         That I don't know.

12        Q.         Well, they provide you with technical

13   information, correct?

14        A.         Yes.

15        Q.         What is your understanding of the

16   source of that information?

17                    MR. CARR: Objection; calls for

18   speculation.

19        A.         I don't question it.

20        Q.         And they are the ones that designed

21   the car, correct?

22                    MR. CARR: Objection; calls for

23   speculation.

24        A.         That I'm not sure of either.

25        Q.         Well, do you know where they get

1   vehicles, with regard to cases you were working on,

2   PuMA cases or anything like that?

3       A.      No.

4               THE VIDEOGRAPHER: We are going off

5   the record.  The time is 11:34 a.m.  This is the end

6   of tape 1.

7               (Whereupon, a recess was taken

8   11:34-11:39 a.m.)

9               THE VIDEOGRAPHER: We are back on the

10  record.  The time is 11:49 a.m.  This is the start

11  of tape 2.

12  BY MR. STARR:

13      Q.      Have you ever worked on a PuMA report

14  that has become an SIB?

15      A.      No.

16      Q.      Have you ever worked on a PuMA report

17  that has become a recall?  I guess that's the same

18  thing.

19      A.      No.

20      Q.      Have you ever received any

21  information from BP-41 regarding something becoming

22  an SIB?

23              MR. CARR: Objection to form; vague

24  and ambiguous.

25      A.      A PuMA measure?

1          Q.          Right.  What is a PuMA measure?

2          A.          It's more or less information on the

3    vehicle and a specific complaint or issue, which may

4    be seen in the market.  It's very similar to a PuMA

5    case.

6          Q.          Have you ever interacted with BP-41

7    regarding a PuMA measure?

8          A.          Yes.

9          Q.          How?

10          A.          Via email.

11          Q.          In those instances was that something

12    where you originated that contact or something where

13    BP-41 originated that contact?

14          A.          They sent a PuMA measure.

15          Q.          So BP-41 sent a PuMA measure to you?

16          A.          No, not directly to me.

17          Q.          Who did they send it to?

18          A.          They didn't send it to anyone.

19          Q.          What was their involvement in the

20    PuMA measure?

21          A.          They created it, wrote it into the

22    PuMA system.

23          Q.          So BP-41 created the PuMA measure and

24    put it into the PuMA system?

25          A.          Yes.

 1      Q.      And how did you become aware of it?

 2      A.      By a report that's run.

 3      Q.      Who runs that report?

 4      A.      The quality and analysis reporting

 5   team.

 6      Q.      And how would you come in contact

 7   with that report?

 8      A.      It's emailed.  An email is sent out

 9   notifying of updates to the report.

10      Q.      The quality analysis reporting team,

11   where are they located at?

12      A.      BMW North America.

13      Q.      So you received a report that was

14   emailed to you by the quality analysis reporting

15   team that contained a PuMA measure created by BP-41?

16      A.      Correct.

17      Q.      When you say a PuMA measure, how does

18   a PuMA measure differ -- what is a PuMA measure?

19      A.      A PuMA measure is very similar to the

20   PuMA case where it contains the affected vehicle,

21   the cause and the solution.

22      Q.      So you're talking about -- with

23   regard to a PuMA case, a PuMA case is started by a

24   dealership, correct?

25      A.      Correct.

1       Q.        Then there is a response to the PuMA

2  case where there is a solution, correct?

3       A.        Yes.

4       Q.        So what you're talking about with

5  regard to the PuMA measure is that it's a solution

6  that is provided by somebody, correct?

7       A.        Yes.

8       Q.        In this instance you've seen PuMA

9  measures that were created by BP-41?

10      A.        Yes.

11      Q.        Do you know why those PuMA measures

12  were circulated throughout BMW NA?

13             MR. CARR: Objection to form; calls

14  for speculation.  You can answer if you know.

15      Q.        You received an email regarding the

16  PuMA measure, correct?

17      A.        Yes.

18      Q.        Do you know why that email was sent

19  out?

20      A.        Because an update to the measure was

21  completed, performed.

22      Q.        Do you know if PuMA measures are sent

23  to the dealerships?

24      A.        No.

25      Q.        Do you know if the dealerships become

```
 1        Q.        Right.

 2        A.        Yes.

 3        Q.        What familiarity do you have with

 4   regard to those complaints?

 5        A.        Checking out the sunroof frames for

 6   clogs, maybe torn or broken seal.

 7        Q.        How did you become aware of those

 8   complaints?

 9        A.        PuMA case.

10        Q.        Other than a PuMA case, did you have

11   any other familiarity with those complaints?

12        A.        No.

13        Q.        What is the extent of your

14   familiarity with regard to the PuMA case or cases

15   relating to those complaints?

16        A.        The complaint is water in the vehicle

17   in the trunk area.

18        Q.        How is it you became familiar with

19   the PuMA case or cases regarding water in the trunk

20   area?

21        A.        Forwarded or escalated to me by the

22   PuMA hotline or the field personnel, the technical

23   service engineer.

24        Q.        How many PuMA cases have you been

25   involved in with the complaint of water in the trunk
```

         1              MR. CARR: Objection; vague and

         2    ambiguous as to what BMW means.

         3         A.      No.

         4         Q.      So before a BMW NA issues an SIB, is

         5    it your understanding they don't do any

         6    investigation?

         7         A.      It's probably rare that they do an

         8    investigation.

         9         Q.      Do you know what causes BMW to issue

        10    an SIB?

        11         A.      Again, as I said earlier the PuMA

        12    measures come from BMW AG.

        13         Q.      I'm sorry?

        14         A.      The PuMA measures that are released

        15    by BMW AG.

        16         Q.      So PuMA measures are issued by BMW

        17    AG.  Are SIBs issued as a result of those PuMA

        18    measures?

        19         A.      Not in all cases, but yes.

        20         Q.      Do you know if BMW AG does any

        21    investigations prior to issuing PuMA measures?

        22              MR. CARR: Objection; calls for

        23    speculation.

        24         A.      I don't know what BMW AG does.

        25         Q.      Are there any instances you're aware

1    of where SIBs are issued, but they are not issued as

2    a result of PuMA measures that are issued by BMW AG?

3           A.        Rare occasions, yes.

4           Q.        What happens on those occasions, if

5    you know?

6           A.        Specific to this case?

7           Q.        No, just generally.

8           A.        If it's a trend, a growing trend as

9    we discussed earlier, in some cases we will release

10   an SIB to assist the dealers to inform every one,

11   all the dealer networks.

12          Q.        So if there is a growing trend, does

13   BMW NA do any kind of investigation into that

14   growing trend prior to issuing an SIB?

15          A.        Yeah.

16          Q.        Do they do any type of analysis prior

17   to issuing an SIB?

18          A.        No.

19          Q.        What kind of investigation do they do

20   prior to issuing an SIB if there is a growing trend,

21   if you know?

22                    MR. CARR: Object to form.

23          A.        It will be just more or less the

24   diagnosis comparing the data from one vehicle, if

25   it's the same type class vehicle, comparing the