**EXHIBIT G**

```
              UNITED STATES DISTRICT COURT

            NORTHERN DISTRICT OF CALIFORNIA

                SAN FRANCISCO DIVISION


MONITA SHARMA and ERIC          )
ANDERSON, on behalf of          )
themselves and all others       )
similarly situated,             )
                                )
         Plaintiffs,            ) CASE NO.
                                ) 3:13-cv-02274-MMC
      vs.                       )
                                )
BMW OF NORTH AMERICA, LLC., a   )
Delaware Limited Liability      )
Company,                        )
                                )
         Defendants.            )
_____ )




              DEPOSITION OF JOHNNY THOMAS



             Tuesday, July 21, 2015

             9:54 a.m. - 4:44 p.m.



                401 Watt Avenue

              Sacramento, California




REPORTED BY:
Shari Bolton
CSR No. 9291
```

1

```
 1      APPEARANCES:

 2
            For Plaintiffs and the Class:
 3
                KERSHAW CUTTER & RATINOFF LLP
 4              By:  IAN J. BARLOW, ESQ.
                401 Watt Avenue
 5              Sacramento, California 95864
                (916) 448-9800
 6              ibarlow@kcrlegal.com

 7              THE LAW OFFICE OF ROBERT L. STARR
                BY:  ROBERT L. STARR, ESQ.
 8              23277 Ventura Boulevard
                Woodland Hills, California 91364
 9              (818) 225-9040
                robert@starrlaw.com
10
            For Defendants:
11
                CARROLL BURDICK
12              BY:  AENGUS H. CARR, ESQ.
                     ERIC J. KNAPP, ESQ.
13              44 Montgomery Street, Suite 400
                San Francisco, California 94104-4606
14              (415) 989-5900
                acarr@cbmlaw.com
15              eknapp@cbmlaw.com

16

17

18

19

20

21

22

23

24

25

                                                           2
```

1     felt that they were withholding something.  I would
2     like to think they weren't.  I didn't get that
3     impression.
4     BY MR. STARR:
5         Q    Would they ever provide you with any
6     documentation?
7         A    What do you mean by documentation?
8         Q    Like if you needed like a build spec for like
9     a part, for example, like an engineer spec for a part,
10    anything like that, did they ever give you any
11    blueprint documentation?  For example, I know with the
12    MINI Cooper water pump, at some point that pump
13    changed from a synthetic pump to a cast pump.  Like
14    would you ever have them provide you with information
15    regarding the way a part is supposed to look, the way
16    it's supposed to be built, anything like that?
17        A    No.
18        Q    Do you know if they ever provided you with
19    any documents regarding any type of part?
20        A    I'm sure they did, but I don't remember.  I
21    don't remember any specific document.
22        Q    But you're sure --
23        A    I'm sure they gave me something, but I don't
24    know what specifically.
25             MR. CARR:  So I'm just going to object; lacks

```
1              THE WITNESS:  I don't know if they were
2      working on warranty claims.
3      BY MR. STARR:
4          Q    Well, how did you know who to call?
5          A    There was a list and it says "For this part,
6      call this person."
7          Q    It was, obviously, Germany, correct?
8          A    Uh-huh.
9          Q    Yes?
10         A    Yes.
11         Q    Did you know what entity the people you would
12     call worked for?
13         A    Entity?
14         Q    Yes.  Was it BMW AG?
15         A    Yes, they were BMW AG employees.  I don't
16     know if they were BMW AG employees, but they worked
17     for BMW.
18         Q    They worked for BMW AG?
19         A    I don't know that.  You know what I'm saying?
20     I don't know if they were contract workers, I don't
21     know.
22         Q    But the number you were calling was a BMW AG
23     number?
24         A    Yes.
25         Q    Did they ever call you to ask you questions?
```

85

```
 1    be in direct relation to their work or what they did.
 2    Specifics, I don't know.
 3    BY MR. STARR:
 4         Q    Did you ever receive any training with regard
 5    to your ability to call them?
 6         A    No.
 7         Q    How did you know that you could call them?
 8         A    Because I had a spreadsheet that said "For
 9    this component, call this person; these are your
10    counter parts in Germany."
11         Q    Did you have any access to any of the data
12    from Germany with regard to their failures?
13              MR. CARR:  Form, foundation, vague and
14    ambiguous, "failures."
15    BY MR. STARR:
16         Q    Well, you know, with regard to their warranty
17    claims?
18         A    With regard to their warranty claims, no.
19         Q    Did you ever provide or do you know if BMW
20    North America ever provided BMW AG with information
21    regarding BMW NA's warranty claims?
22              MR. CARR:  Objection; form, foundation, calls
23    for speculation, lacks personal knowledge, lacks
24    foundation.
25              THE WITNESS:  I didn't work directly with
```

87

1  me, you know, any information.  Like if I ask for
2  customer's information, they are not required to give
3  it to me, you know.
4  BY MR. STARR:
5     Q   Right.  But what I'm trying to find out is
6  when you testified that BMW AG -- you've testified
7  that they have given you information; you remember
8  that, right?
9     A   Yes.
10    Q   ==You've testified that you've never gotten the==
11 ==sense that they were unwilling to give you==
12 ==information.==  ==Do you remember testifying to that?==
13    ==A==  ==I remember testifying that they were -- you==
14 ==know, I could talk to them.==  ==If I was able to reach==
15 ==them, I could talk to them any time.==
16    ==Q==  ==Right.==
17    ==A==  ==So in that regard, I could pick up the phone;==
18 ==if they answered the phone, you know, everything was==
19 ==real cordial.==  ==But if I requested something and didn't==
20 ==get it, there was no recourse.==  ==I didn't have any==
21 ==recourse.==
22    Q   Have you ever tried to do anything in order
23 to force them to give you something?
24    A   I didn't find it necessary.
25    Q   So then how do you know that there's no

220

```
1    STATE OF CALIFORNIA    )
                            )
2    COUNTY OF SACRAMENTO   )

3

4           I, Shari Bolton, a Certified Shorthand

5    Reporter in and for the State of California, do hereby

6    certify:

7           That prior to being examined, the witness in

8    the foregoing proceedings was by me duly sworn to

9    testify to the truth, the whole truth, and nothing but

10   the truth;

11          That said proceedings were taken before me at

12   the time and place therein set forth and were taken

13   down by me in shorthand and thereafter transcribed

14   into typewriting under my direction and supervision;

15          I further certify that I am neither counsel

16   for, nor related to, any party to said proceedings,

17   nor in any way interested in the outcome thereof.

18          In witness whereof, I have hereunto

19   subscribed my name.

20

21   Dated:  July 31, 2015

22

23   _____
     Shari Bolton, CSR No. 9291
24

25
```

237