# EXHIBIT F

William A. Kershaw (State Bar No. 057486)
Stuart C. Talley (State Bar No. 180374)
Ian J. Barlow (State Bar No. 262213)
KERSHAW, CUTTER & RATINOFF, LLP
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 448-9800
Facsimile: (916) 669-4499
Email: wkershaw@kcrlegal.com
Email: stalley@kcrlegal.com
Email: ibarlow@kcrlegal.com

[Additional Counsel Listed on Signature Page]

Attorneys for *Plaintiffs and the Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MONITA SHARMA and ERIC ANDERSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company,<br><br>Defendant. | Case No. 3:13-cv-02274-MMC<br><br>**PLAINTIFFS' FIRST SET OF DOCUMENT REQUESTS TO DEFENDANT BMW OF NORTH AMERICA, LLC** |

Pursuant to Federal Rule of Civil Procedure 34, Plaintiffs Monita Sharma and Eric Anderson ("Plaintiffs") hereby serve the following document requests to Defendant BMW of North America, LLC ("BMW NA" or "Defendant"). Plaintiffs request that BMW NA produce the following documents at the offices of Wexler Wallace LLP, 55 West Monroe Street, Suite 3300, Chicago, Illinois 60603, in the format agreed to by the parties. Each request is subject to the Definitions and Instructions below.

-1-

18. The present tense shall be construed to include the past tense and the past tense shall be construed to include the present tense as necessary to bring within the scope of these Requests any information that might otherwise be construed to be outside their scope.

19. The singular shall be construed as the plural and the plural shall be construed to include the singular as necessary to bring within the scope of these Requests any information that might otherwise be construed to be outside their scope.

20. A request to identify an individual is a request to provide the individual's full name, job title, and—if no longer working for You—last known address for the individual.

21. These interrogatories are continuing in nature and require supplementation and correction to the full extent required by the Federal Rules of Civil Procedure and local rules.

## DOCUMENT REQUESTS

1. The native files of all computer-aided design (CAD) models/drawings, 2-dimensional drawings or models of the Electronic Component Parts and Drainage Tubes in the Class Vehicles.

2. All Documents that reference or relate to design specifications for the Electronic Component Parts and Drainage Tubes for the Class Vehicles. This includes drawings, blueprints and diagrams, 2-dimensional drawings and native electronic files of any computer-aided design (CAD) drawing or modeling of the components, themselves, as well as the location of those components and surrounding components.

3. Documents describing BMW NA's decision-making process for locating the Electronic Component Parts where it did in the Class Vehicles.

4. All Documents concerning any analysis used to identify hazards and minimize the risk of failure associated with water, liquid, or moisture intrusion in the Electronic Component Parts for the Class Vehicles. This includes, but is not limited to, any Fault Tree Analyses (FTA), Failure Modes and Effects Analyses (FMEA—also known as Failure Modes, Effects and Criticality Analyses or FMECA), Fishbone diagrams, Preliminary Hazard Analyses (PHA), or other similar documents.

        b.    that the claims of the named Plaintiffs are typical of those of the rest of the putative Class members;

        c.    the adequacy of the named Plaintiffs or proposed Class Counsel;

        d.    Predominance of common issues of law or fact;

        e.    the manageability of this case as a class action at trial; and

        f.    the superiority of a class action to adjudicate the issues set out in the Complaint.

44. All Documents that You receive pursuant to any subpoena that You serve related to this case.

45. From 1998 to present, a copy of each of Your organizational charts that identify the employees or entities and/or their departments involved in handling general and/or warranty claims submitted by consumers and/or their representatives, BMW retailers, and/or retailers of the Class Vehicles in this action.

46. From 1998 to present, a copy of each of Your organizational charts that identify the employees or entities and/or their departments involved in providing customer service to any purchasers or lessees of the Class Vehicles, or support to any authorized service persons.

47. A copy of the curriculum vitae of any expert that you intend to use to testify on Your behalf in this litigation.

48. All DVPRs, DVRS, or Documents related to testing performed to verify the design of the Electronic Component Parts and/or Drainage Tubes, including, but not limited to the durability of those components and the location of the Electronic Component Parts.

49. All Documents that reference or relate to design specifications of the Electronic Component Parts and Drainage Tubes in the Class Vehicles. This includes drawings, blueprints and diagrams.

Dated: March 16, 2015        WEXLER WALLACE LLP

By: _____

Edward A. Wallace
Amy E. Keller
55 West Monroe Street, Suite 3300
Chicago, Illinois 60603
Telephone: (312) 346-2222
Facsimile: (312) 346-002

KERSHAW, CUTTER & RATINOFF LLP
William A. Kershaw
Stuart C. Talley
Ian J. Barlow
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 448-9800
Facsimile: (916) 669-4499

THE LAW OFFICES OF JOSEPH R. SANTOLI
Joseph R. Santoli
340 Devon Court
Ridgewood, New Jersey 07450
Telephone: (201) 926-9200
Facsimile: (201) 575-2184

WIGINGTON RUMLEY DUNN & BLAIR, L.L.P.
Joseph M. Dunn
601 Howard Street
San Antonio, Texas 78212
Telephone: (210) 487-750
Facsimile: (210) 487-7501

THE LAW OFFICES OF STEPHEN M. HARRIS, P.C.
Stephen M. Harris
6320 Canoga Avenue, Suite 1500
Woodland Hills, California 91367
Telephone: (818) 924-3103
Facsimile: (818) 924-3079

THE LAW OFFICE OF ROBERT L. STARR
Robert L. Starr
23277 Ventura Boulevard
Woodland Hills, California 91364
Telephone: (818) 225-9040
Facsimile: (818) 225-9042

*Attorneys for Plaintiffs and the Putative Class*

# CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2015, I caused a true and correct copy of the foregoing to be served upon the following counsel of record via electronic mail and U.S. First Class Mail:

Troy M. Yoshino
Eric J. Knapp
Aengus H. Carr
**CARROLL, BURDICK & McDONOUGH LLP**
44 Montgomery Street, Suite 400
San Francisco, California 94104
tyoshino@cbmlaw.com
eknapp@cbmlaw.com
acarr@cbmlaw.com

_____
Amy E. Keller