IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONITA SHARMA, et al.,<br>    Plaintiffs,<br>  v.<br>BMW OF NORTH AMERICA LLC,<br>    Defendant. | Case No. 13-cv-02274-MMC<br><br>**ORDER DENYING WITHOUT PREJUDICE PLAINTIFFS' MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE**<br><br>Re: Dkt. No. 143 |

Before the Court is plaintiffs' "Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge" ("Objections"), filed March 29, 2016, by which plaintiffs object to Magistrate Judge Kandis A. Westmore's order of March 15, 2016, to the extent such order denies in part plaintiffs' request for discovery regarding electronic components other than the three components identified by name in the operative complaint. Having read and considered the motion, the Court rules as follows.

Plaintiffs argue that certain findings set forth in the challenged order are based on "inaccurate information and misrepresentations" made by defendant (see Pls.' Objections at 1:6-15), and, consequently, are clearly erroneous. Plaintiffs do not contend, however, that the challenged findings are erroneous based on the record as presented to Magistrate Judge Westmore, but, rather, that said findings should be found erroneous based on evidence submitted for the first time in support of the instant Objections. (See Pls' Objections at 1:11-15; 3:3 - 4:6; 5:4-15.) Under such circumstances, plaintiffs' Objections are, in essence, a motion for reconsideration based on newly-offered evidence.

//

Accordingly, plaintiffs' Objections are hereby DENIED, without prejudice to plaintiffs' filing, before Magistrate Judge Westmore and no later than April 15, 2016, a motion for leave to file a motion for reconsideration.  See Civil L.R. 7-9(b)(2).

**IT IS SO ORDERED.**

Dated: April 1, 2016

MAXINE M. CHESNEY
United States District Judge