IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONITA SHARMA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>BMW OF NORTH AMERICA LLC,<br><br>    Defendant. | Case No. 13-cv-02274-MMC<br><br>**ORDER CONTINUING HEARING ON DEFENDANT'S MOTION TO DISMISS AND FOR SUMMARY JUDGMENT** |

Before the Court are two motions: (1) defendant BMW of North America LLC's "Motion to Dismiss Plaintiffs' Claims for Lack of Standing and Motion for Summary Judgment," filed January 28, 2016, and noticed for hearing June 3, 2016; and (2) defendant's "Motion to Strike the Declaration of William D. Guentzler in Opposition to Motion to Dismiss Plaintiffs' Claims for Lack of Standing and for Summary Judgment," filed May 20, 2016, and noticed for hearing June 24, 2016.  The latter motion challenges, under Daubert v. Merrill Dow Pharm., Inc., 509 U.S. 579 (1993), the admissibility of expert testimony offered by plaintiffs in opposition to the former motion.

To facilitate the orderly resolution of the issues presented in the above-referenced motions, and in the interest of judicial economy, the Court hereby CONTINUES the hearing on defendant's "Motion to Dismiss Plaintiffs' Claims for Lack of Standing and Motion for Summary Judgment" from June 3, 2016, to June 24, 2016.

**IT IS SO ORDERED.**

Dated: May 26, 2016

MAXINE M. CHESNEY
United States District Judge