IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MONITA SHARMA, et al.,

      Plaintiffs,

    v.

BMW OF NORTH AMERICA LLC,

      Defendant.

Case No. 13-cv-02274-MMC

**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS; DIRECTIONS TO PLAINTIFFS**

Re: Dkt. Nos. 150, 154

      Before the Court is plaintiffs' "Administrative Motion to Seal Documents and Testimony Designated by Defendants as Confidential," filed May 6, 2016, and amended May 17, 2016. Defendant has filed a declaration in response thereto. The Court having read and considered the parties' respective written submissions, the motion is hereby GRANTED in part and DENIED in part, as follows:

      1. To the extent plaintiffs seek leave to file under seal Exhibits 20-27 to the Declaration of William A. Kershaw, the motion is hereby GRANTED, defendant having shown said exhibits are properly filed under seal.

      2. To the extent plaintiffs seek leave to file under seal Exhibits 18-19 to the Declaration of William A. Kershaw, the motion is hereby DENIED, defendant having stated said exhibits are not confidential. Plaintiffs are hereby DIRECTED to file Exhibits 18 and 19 in the public record, no later than June 10, 2016.

      **IT IS SO ORDERED.**

Dated: June 7, 2016

MAXINE M. CHESNEY
United States District Judge