IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONITA SHARMA, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>BMW OF NORTH AMERICA LLC,<br><br>　　　　　Defendant. | Case No. 13-cv-02274-MMC<br><br>**ORDER VACATING HEARING ON DEFENDANT'S MOTION TO DISMISS AND FOR SUMMARY JUDGMENT AND ON DEFENDANT'S MOTION TO STRIKE** |

　　　　Before the Court are two motions: (1) defendant BMW of North America LLC's "Motion to Dismiss Plaintiffs' Claims for Lack of Standing and Motion for Summary Judgment," filed January 28, 2016; and (2) defendant's "Motion to Strike the Declaration of William D. Guentzler in Opposition to Motion to Dismiss Plaintiffs' Claims for Lack of Standing and for Summary Judgment," filed May 20, 2016.  Both motions are fully briefed.  Having read and considered the papers filed in support of and in opposition to the motions, the Court deems the matters suitable for decision on the parties' respective written submissions, and hereby VACATES the hearing scheduled for June 24, 2016.

　　　　**IT IS SO ORDERED.**

Dated: June 17, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge