Squire Patton Boggs (US) LLP
Troy M Yoshino (State Bar # 197850)
troy.yoshino@squirepb.com
Eric J Knapp (State Bar # 214352)
eric.knapp@squirepb.com
Aengus H Carr (State Bar # 240953)
aengus.carr@squirepb.com
275 Battery Street, Suite 2600
San Francisco, California 94111
Telephone:   +1 415 954 0200
Facsimile:   +1 415 393 9887

Attorneys for Defendant
BMW of NORTH AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MONITA SHARMA and ERIC ANDERSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company,<br><br>Defendant. | Case No. 3:13-cv-02274-MMC<br><br>**STIPULATION AND [PROPOSED] ORDER RE: CLASS CERTIFICATION BRIEFING SCHEDULE**<br><br>Judge:  Maxine M. Chesney |

Pursuant to Northern District of California Civil Local Rules 6-1(b), 6-2 and 7-12, Plaintiff Eric Anderson ("Plaintiff") and Defendant BMW of North America, LLC ("BMW NA" or "Defendant"), by and through their respective attorneys, hereby stipulate as follows:

**STIPULATION**

WHEREAS, on September 9, 2016, the Court entered an order setting a class certification briefing schedule (Dkt. No. 179);

WHEREAS, the Parties are engaged in mediation and agree that it would be mutually beneficial to allow for the mediation and related discussions to occur;

NOW, THEREFORE, undersigned counsel for the Parties, having met and conferred, stipulate and agree that there is good cause for a modification to the upcoming case schedule as follows:

1. December 2, 2016 – Plaintiff to file motion for class certification
2. January 27, 2017 – Deadline for Plaintiff to produce his experts for deposition
3. March 6, 2017 – BMW NA to file opposition to class certification motion
4. March 31, 2017 – Deadline for BMW NA to produce its experts for deposition
5. April 24, 2017– Plaintiff to file reply in support of class certification motion
6. May 26, 2017 at 9:00 a.m. or as soon thereafter as the motion may be heard – Hearing on Plaintiff's motion for class certification

**IT IS HEREBY STIPULATED.**

Dated:  October 18, 2016          **KERSHAW, COOK & TALLEY PC**

By:  */s/ William A. Kershaw*
           William A. Kershaw

*Attorneys for Plaintiff and the putative Class*

Dated:  October 18, 2016          **SQUIRE PATTON BOGGS (US) LLP**

By:   */s/ Troy M. Yoshino*
           Troy M. Yoshino

*Attorneys for Defendant*
BMW of NORTH AMERICA, LLC

**Civil L.R. 5-1(i) Certification**
The filing attorney hereby certifies that concurrence in the filing of the document has been obtained from each of the other signatories, in full accordance with Civil Local Rule 5-1(i).

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: __October 19, 2016__

_____
Honorable Maxine M. Chesney
SENIOR DISTRICT JUDGE
UNITED STATES DISTRICT COURT

SQUIRE PATTON BOGGS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111

- 3 -

STIPULATION AND [PROPOSED] ORDER
RE: CLASS CERTIFICATION BRIEFING
SCHEDULE 3:13-CV-02274-MMC

010-8275-4174/2/AMERICAS