William A. Kershaw (State Bar No. 057486)
Email: wkershaw@kcrlegal.com
Stuart C. Talley (State Bar No. 180374)
Email: stalley@kcrlegal.com
Ian J. Barlow (State Bar No. 262213)
Email: ibarlow@kcrlegal.com
**KERSHAW, COOK & TALLEY PC**
401 Watt Avenue
Sacramento, California  95864
Telephone:     (916) 779-7000
Facsimile:     (916) 721-2501

Attorneys for *Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MONITA SHARMA and ERIC ANDERSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company,<br><br>Defendant. | Case No. 3:13-cv-02274-MMC (KAW)<br><br>**STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER CONTINUING JUNE 30, 2017 CASE MANAGEMENT CONFERENCE AND T̶O̶ STAY C̶A̶S̶E̶ PENDING SETTLEMENT**<br><br>Honorable Maxine M. Chesney |

Pursuant to Northern District of California Civil Local Rule 7-12, Plaintiff Eric Anderson ("Plaintiff") and Defendant BMW of North America, LLC ("BMW NA" or "Defendant"), by and through their respective attorneys, hereby stipulate as follows:

## **STIPULATION**

WHEREAS, the parties in *Catalano v. BMW of North America, LLC, et al.*, Case No. 1:15-cv-04889, pending before Honorable Katherine B. Forrest in the United States District Court for the Southern District of New York ("*Catalano* Action") have entered into a settlement agreement ("Settlement") that resolves both the *Catalano* Action and this case ("*Sharma* Action");

WHEREAS, on December 5, 2016, this Court entered on Order staying the *Sharma* Action ("Order Staying Case") (Dkt. No. 185) pursuant to the parties' Stipulation to Stay Case Pending Settlement (Dkt. No. 184);

WHEREAS, on February 28, 2017, Judge Forrest entered an Order Granting Preliminary Approval of Class Action Settlement (*Catalano* Dkt. No. 129);

WHEREAS, notice of the proposed Settlement has been provided by U.S. Mail and publication via a Settlement website to the Settlement Class, consisting of: all persons or entities in the United States and Puerto Rico who currently own or lease, or previously owned or leased, a model year 2004 to 2010 U.S. specification BMW 5 Series (E60 and E61) vehicle;

WHEREAS, the deadline for plaintiff's counsel in the *Catalano* Action to move for final approval of the proposed Settlement is June 28, 2017 and the hearing on plaintiff's motion for final approval is scheduled for July 28, 2017;

WHEREAS, Plaintiff's counsel in this case also represent the plaintiff and putative class in the *Catalano* Action;

WHEREAS, in light of the ongoing proceedings to approve the proposed Settlement resolving this case and the *Catalano* Action, further litigation of this action would not be an efficient use of the parties' or this Court's resources;

///

///

///

WHEREAS, pursuant to the Court's Order Staying Case, in the event the proposed Settlement has not yet been finally approved, the parties are required to submit a joint Case Management Statement no later than June 23, 2017 in advance of the existing Case Management Conference on June 30, 2017, consistent with this Court's November 14, 2016 Order Re: Case Management Conference (Dkt. No. 183); and

WHEREAS, the parties hereby stipulate and agree to continue the stay in this case and all case management and related deadlines.

NOW, THEREFORE, undersigned counsel for the parties, having met and conferred and good cause appearing, hereby stipulate and agree as follows:

1. The above-captioned case and all case management and related deadlines should continue to be stayed pending final approval of the Settlement to this action and the *Catalano* Action and the settlement approval process before Judge Forrest; and

2. The parties further agree and stipulate that the existing Case Management Conference on June 30, 2017 should be continued to September 29, 2017, and that the parties will jointly submit a Case Management Statement no later than September 22, 2017.

**IT IS HEREBY STIPULATED.**

Dated: June 22, 2017.  **KERSHAW, COOK & TALLEY PC**

By: */s/ Ian J. Barlow*
IAN J. BARLOW

William A. Kershaw
Stuart C. Talley
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 779-7000

*Attorneys for Plaintiff and the putative Class*

Dated: June 22, 2017.   **SQUIRE PATTON BOGGS (US) LLP**

By: */s/ Aengus H. Carr*
AENGUS H. CARR

Eric J. Knapp
275 Battery Street, Suite 2600
San Francisco, California 94111
Telephone: (415) 954-0200

*Attorneys for Defendant*

**Civil L.R. 5-1(i) Certification**
The filing attorney hereby certifies that concurrence in the filing of the document has been obtained from each of the other signatories, in full accordance with Civil Local Rule 5-1(i).

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: June 23, 2017

Honorable Maxine M. Chesney
SENIOR DISTRICT JUDGE
UNITED STATES DISTRICT COURT